# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1593.  EDWARDS v. PHOEBE PUTNEY MEMORIAL HOSPITAL, et al.

This appeal was docketed on June 8, 2021, and the brief of appellant was due 20 days later, on June 28, 2021. The due date has passed, and appellant Muarlean Cain Edwards has not filed a brief. Accordingly, Edwards's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/12/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*